AO 106 (Rev. 04/10) Application for a Search Warrant

US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

Harrison Division

AUG 1 5 2023

Ronald E. Dowling

By _____

| | |
|---|---|
| In the Matter of the Search of<br><br>Information associated with<br>Snapchat, Inc. (Snap, Inc.) Username:<br>**"tonyperez_perez"** that is located at<br>the Eureka Springs Police Department | )<br>)<br>)<br>)<br>)<br>) |

Case No.   3:23-cm-00013-CDC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: **See Attachment A. This Court has authority to issue this warrant under 18 U.S.C. §§ 2703(c)(1)(A) and 2711(3)(A) and Federal Rule of Criminal Procedure 41.**

located in the   Western   District of   Arkansas   , there is now concealed *(identify the person or describe the property to be seized)*: **See Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252A(a)(2) | Receipt or Distribution of Child Pornography |
| Title 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:

☑ Continued on the attached sheet. **Affidavit of HSI Task Force Officer Josh Jackson**

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Josh Jackson, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **August 15, 2023 @ 9:47am**

*Judge's signature*

City and state:   Fayetteville, Arkansas

Christy D. Comstock, United States Magistrate Judge
*Printed name and title*

## Affidavit in Support of Application for Search Warrant

I, Josh Jackson, being duly sworn, depose and state as follows:

1.      I am presently a Task Force Officer ("TFO") with the Department of Homeland Security, Homeland Security Investigations ("HSI") in Fayetteville, Arkansas. I have been a TFO since August 28, 2019. I have been with the Eureka Springs Police Department since January 16, 2018, and assigned as a Detective with the Eureka Springs Police Department since October 1, 2018. I was previously employed with the Fayetteville Arkansas Police Department from December 2013 through January 2018 as a patrol officer. I investigate criminal violations including those relating to child exploitation and child pornography including violations pertaining to the production, distribution, online enticement, transportation, receipt and possession of child pornography, in violation of Title 18, United States Code, Sections 2251, 2251A, 2422(b), 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18, United States Code, Section 2256) in all forms of media including computer media. I have also participated in the execution of numerous search warrants and arrest warrants, a number of which involved child exploitation and/or child pornography offenses. This Affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2.      This Affidavit is being submitted in support of an application for a search warrant to review, search, and seize certain information from the account associated with username "**tonyperez_perez**" maintained by Snapchat, Inc., a company headquartered in Santa Monica, California, pursuant to a previously obtained warrant. On July 25, 2023, United States Magistrate

Judge Christy Comstock approved a search warrant (3:23-CM-00011) for information outlined in this search warrant application. Snapchat provided the information on August 7, 2023, which is past the fourteen-day deadline listed in the original search warrant. Pursuant to the language set for in *United States v. Nyah*, 928 F.3d 694 (8th Cir. 2019), your Affiant requests that the Court issue this proposed search warrant allowing HSI to search the information identified herein, namely the production from Snapchat records pertaining to Snapchat username **tonyperez_perez.** Said information is in the custody of HSI in Eureka Springs, Arkansas. The probable cause supporting the search of the material produced by Snapchat remains the same as when the warrant was issued to Snapchat. The information to be searched is described in the below paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under Title 18, United States Code, Sections 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Snapchat. to disclose to the Government the requested records and other information in its possession. As such, your Affiant is requesting authority to search the account where the items specified in Attachment A may be found, and to seize all items listed in Attachment B as instrumentalities, fruits, and evidence of crime.

## Statutory Authority

4.     This investigation concerns alleged violations of Title 18, United States Code, Sections 2252A(a)(2), Receipt or Distribution of Child Pornography and 2252A(a)(5)(B), Possession of Child Pornography. Title 18, United States Code, Section 2252A prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce

2

by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce.

### Definitions

5.      The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

6.      The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

7.      The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

8.      The term "computer," as defined in 18 U.S.C. § 1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

9.      The term "child pornography," as defined in 18 U.S.C. § 2256(8), means any visual depiction, including any photograph, film, video, picture, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a)the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer

3

generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c)such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

10.    The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

11.    "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

12.    "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

13.     "Domain names" are common, easy to remember names associated with an IP address. Domain names are typically strings of alphanumeric characters, with each level delimited by a period.

14.     "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

## Background Regarding Computers and the Internet

15.     Your Affiant has become familiar with the Internet, which is a global network of computers and other electronic devices that communicate with each other using various means, including standard telephone lines, high-speed telecommunications links (e.g., copper and fiber optic cable), and wireless transmissions including satellite. Due to the structure of the Internet, connections between computers on the Internet routinely cross state and international borders, even when the computers communicating with each other are in the same state.

16.     Individuals and entities use the Internet to gain access to a wide variety of information; to send information to, and receive information from, other individuals; to conduct commercial transactions; and to communicate via electronic mail ("e-mail") or Instant Messaging services (IM). An individual who wants to use the Internet must first obtain an account with a computer or cellular telephone that is linked to the Internet – for example, through a commercial service – which is called an "Internet Service Provider" or "ISP". Once the individual has accessed the Internet, whether from a residence, a university, a place of business or via their cellular service provider, that individual can use Internet services, including sending and receiving e-mail and IM.

17.    The Internet is a worldwide computer network that connects computers and facilitates the communication and the transfer of data and information across state and international boundaries. A user accesses the Internet from a computer network or Internet Service Provider ("ISP") that connects to the Internet. The ISP assigns each user an Internet Protocol ("IP") Address. Each IP address is unique. Every computer or device on the Internet is referenced by a unique IP address the same way every telephone has a unique telephone number. An IP address is a series of four numbers separated by a period, and each number is a whole number between 0 and 255. An example of an IP address is 12.345.678.901. Each time an individual accesses the Internet, the computer from which the individual initiates access is assigned an IP address. The ISP logs the date, time, and duration of the Internet session for each IP address and can identify the user of that IP address for such a session from these records, depending on the ISP's record retention policies.

18.    The use of the Internet and more specifically electronic communications via the Internet provides individuals the ability to mask their true identities as well as their physical locations. Additionally, the use of the Internet provides individuals and their associates the ability to access social networking sites free of charge to further their criminal activity.

**Background Regarding Snapchat, Inc. (Snap, Inc.) Accounts**

19.    Snapchat is a multimedia messaging application developed by Snapchat, Inc. which principal features are that pictures and messages are usually only available for a short time before becoming inaccessible to their recipients.

   a) Snapchat is primarily used for creating multimedia messages referred to as "snaps". "Snaps" can consist of a photo or a short video, and can be edited to include filters and effects, text captions, and drawings. "Snaps" can be directed privately to

6

selected contacts, or to a semi-public "Story" or a public "Story" called "Our Story".

b)  Private message photo "snaps" can be viewed for a user-specific length of time (1 to 10 seconds as determined by the sender) before they become inaccessible.

c)  In May 2014, Snapchat added the ability to communicate via video chat with other users as well as including a Direct Messaging feature to send text messages to other profiles.

d)  The Snapchat application has evolved from originally focusing on person-to-person photo sharing to presently featuring users' "Stories" of 24 hours of chronological content, along with "Discover", letting brands show ad-supported short-form content.

e)  Snapchat users can find or access friends via usernames and phone contacts, using customizable "Snapcodes", or through the "Add Nearby" function, which scans for users near their location who are also in the "Add Nearby" menu.

f)  Snapchat has become notoriously known to be popular among the younger generations, particularly those below the age of 16, leading to many privacy concerns for parents.

g)  As of March 2020, Snapchat had approximately 229 million daily active users. On average, more than 4 billion "Snaps" are sent each day.

**Facts Establishing Probable Cause**

20.    On February 28, 2023, TFO Jackson received Cyber Tip Line Report Number 141721122 from the National Center for Missing and Exploited Children (NCMEC) in reference to media files containing suspected child pornography that had been uploaded onto Snapchat's

infrastructure. Snapchat is an internet-based social media application whose servers are located outside the state of Arkansas.

21.     The Cyber Tip Line Report reflected that the electronic service provider had viewed the image and further provided the following information:

Incident Type: Child Pornography (possession, manufacture, and distribution)

Screen/Username: juniorperez329

IP Address: 72.204.113.120

Number of Uploaded Files: 1

Date and time of incident 12-19-2022, 09:06:58 UTC

22.     Your Affiant viewed the file linked to the Cyber Tip Line Report 141721122 and determined that it meets the federal definition of child pornography. The file is described as follows:

a)  File Name: **juniorperez329-None-fa835cbc-9b0f-52b2-bf7aa808e28a6645~63-53545bf279.mp4**

b)  This 25 second video depicts what is believed to be a ten (10) to twelve (12) year-old pubescent female. The female is lying on the bed with her legs bent, masturbating, with the focus of the camera on her vagina.

23.     On May 10, 2023, your Affiant applied for and received a federal search warrant (3:23cm00006-CDC) for the Snapchat account referenced in the Cybertip. On May 24, 2023, your Affiant received results from Snapchat regarding username juniorperez329. As part of the response, Snapchat provided your Affiant with four (4) additional videos and five (5) additional images. Your Affiant viewed the items and determined they contained child pornography as

defined by federal law. Videos (a) and (b) and images (e) and (f) appear to be of the same minor based on the clothing and bedding.

a) **File Name: chat~media_v4~2022-12-19-09-03-05UTC~juniorperez329~tonyperez_perez~saved**

   This video is approximately 0.02 seconds in length and depicts an erect penis over a minor's bare butt. The minor appears to be lying face down on the bed with the pants removed.

b) **File Name: chat~media_v4~2022-12-19-09-03-19UTC~juniorperez329~tonyperez_perez~saved**

   This video is approximately 0:07 seconds in length and depicts a male masturbating an erect penis while standing over a naked minor's butt. The minor appears to be lying face down on the bed with the pants removed.

c) **File Name: chat~media_v4~2022-12-19-09-03-24UTC~juniorperez329~tonyperez_perez~saved**

   This video is approximately 0:04 seconds in length and depicts an erect penis being masturbated by a young minor's hand.

d) **File Name: chat~media_v4~2022-12-19-09-03-49UTC~juniorperez329~tonyperez_perez~saved**

   This video is approximately 0:06 seconds in length and depicts a believed approximate twelve (12) to fourteen (14) year old minor female who has her legs and arms spread out wide and is balancing on the lap of an adult female that is rubbing up and down on her vagina.

9

e) **File Name: chat~media_v4~2022-12-19-09-02-**

   **56UTC~juniorperez329~tonyperez_perez~saved**

   This image depicts an erect penis lying on a minor's bare butt on the crack of the butt.

f) **File Name: chat~media_v4~2022-12-19-09-03-**

   **11UTC~juniorperez329~tonyperez_perez~saved**

   This image depicts an erect penis pressing into the butt of a minor with pants on.

g) **File Name: chat~media_v4~2022-12-19-09-05-**

   **44UTC~juniorperez329~tonyperez_perez~saved**

   This image depicts a believed approximate ten (10) to twelve (12) year old minor female with an erect penis inserted into her mouth while she is looking up at the camera. The words "info" and "not preview" are also on the photograph.

h) **File Name: chat~media_v4~2022-12-19-09-05-**

   **49UTC~juniorperez329~tonyperez_perez~saved**

   This image depicts a believed approximate ten (10) to twelve (12) year old different minor female with a semi-erect penis on each side of her face. The minor female has her mouth open with semen dripping out of her mouth while she is on her knees looking at the camera. The words "info" "price" "dropbox cp" and "Not preview" are also on the photograph.

i) **File Name: chat~media_v4~2022-12-19-09-05-**

   **54UTC~juniorperez329~tonyperez_perez~saved**

   This image depicts a believed approximate ten (10) to twelve (12) year old different minor female with an erect penis inserted into her mouth while she looks at the camera. The words "info" and "New cp" are also on the photograph.

10

24.     Through further investigation, officers identified the suspect residence as 391 County Road 906, Green Forest, Arkansas, and obtained a federal search warrant (3:23-CM-00010-CDC) for said residence.  On June 2, 2023, officers served the residential search warrant and encountered Terencio "Junior" Perez-Cancino.  During a post-*Miranda* interview, Perez-Cancino admitted he had created and used the Snapchat account with username "juniorperez329" and further admitted creating the following files of himself and a minor female known herein as "Jane Doe" approximately two years prior inside the residence:

   a. **File Name: chat~media_v4~2022-12-19-09-03-05UTC~juniorperez329~tonyperez_perez~saved**
      This video is approximately 0.02 seconds in length and depicts an erect penis over a minor's bare butt. The minor appears to be lying face down on the bed with the pants removed.

   b. **File Name: chat~media_v4~2022-12-19-09-03-19UTC~juniorperez329~tonyperez_perez~saved**
      This video is approximately 0:07 seconds in length and depicts a male masturbating an erect penis while standing over a naked minor's butt. The minor appears to be lying face down on the bed with the pants removed.

   c. **File Name: chat~media_v4~2022-12-19-09-03-24UTC~juniorperez329~tonyperez_perez~saved**
      This video is approximately 0:04 seconds in length and depicts an erect penis being masturbated by a young minor's hand.

   d. **File Name: chat~media_v4~2022-12-19-09-02-56UTC~juniorperez329~tonyperez_perez~saved**
      This image depicts an erect penis lying on a minor's bare butt on the crack of the butt.

   e. **File Name: chat~media_v4~2022-12-19-09-03-11UTC~juniorperez329~tonyperez_perez~saved**
      This image depicts an erect penis pressing into the butt of a minor with pants on.

PEREZ-CANCINO further identified his penis and boxers in the images and videos and stated that he had created said images and videos using his TCL brand cellphone.  There are no TCL cellphones manufactured in the state of Arkansas.

11

25.     Based on the filenames of the images, officers were concerned that Perez-Cancino had transmitted the images to Snapchat user **tonyperez_perez**. Perez-Cancino stated that he remembered sending the images of himself and Jane Doe to Christina Burns but not to **tonyperez_perez**.

26.     On June 16, 2023, your Affiant confirmed with snapchat that filenames for chat media follow a consistent format. This format is as follows:

> **chat~media_v4~YYYY-MM-DD-HH-MM-SSUTC~sender~recipient~<status(saved/unsaved)>~<media file ID>~version(v4).jpg/png**.

Applying this format to the files listed in Paragraph 24 above, there is probable cause to believe that the files were sent by juniorperez329 to **tonyperez_perez** through Snapchat and that user **tonyperez_perez** then saved those files. On June 5, 2023, your Affiant sent a preservation request to Snapchat, Inc. to preserve the account related to use **tonyperez_perez**. Based on the foregoing, there is probable cause to believe that the images listed herein or other images of similar character are now located within the account belonging to **tonyperez_perez**.

### Conclusion

27.     Based on the foregoing information, probable cause exists to believe there is now located in the information provided by Snapchat, Inc. on August 7, 2023, pursuant to the previously issued search warrant (3:23-CM-00011), evidence of violations of Title 18, United States Code, Sections 2252A(a)(2), Receipt or Distribution of Child Pornography and 2252A(a)(5)(B), Possession of Child Pornography. Your Affiant prays upon his honorable court to issue a search warrant to search for the items set forth in attachment "B", which is attached hereto and incorporated herein by reference, that constitute evidence, fruits, and instrumentalities of violation

of Title 18, United States Code, Sections 2252A(a)(2), Receipt or Distribution of Child
Pornography and 2252A(a)(5)(B), Possession of Child Pornography.

_____
Josh Jackson, Task Force Officer
Homeland Security Investigations

Affidavit subscribed and sworn to before me this _____ 15th _____ day of August, 2023.

_____
Christy D. Comstock
United States Magistrate Judge
Western District of Arkansas

13

## ATTACHMENT A

### Property To Be Searched

This warrant applies to information associated with the Snapchat user account with Username **tonyperez_perez** that was provided by Snapchat on August 7, 2023, pursuant to search warrant 3:23-CM-00011 that is currently being stored at the Eureka Springs Police Department by HSI TFO Josh Jackson.

1

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be disclosed by Snapchat, Inc. (Snap, Inc.)**

To the extent that the information described in Attachment A is within the possession, custody, or control of Snapchat, Inc. ("Snapchat"), including any messages, records, files, logs, or information that have been deleted but are still available to Snapchat. Snapchat is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Snapchat passwords, Snapchat security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other activities;

(c) All photos and videos uploaded, distributed, received, or saved by that user ID;

(d) All profile information, status updates, and contact lists associated with the accounts;

(e) All other records of communications and messages made or received by the user;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All past and present lists of friends or contacts created by the account;

(i) Any and All information deleted from the accounts but still recoverable by Snapchat;

(j) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(k) All privacy settings and other account settings, including privacy settings;

**II. Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B) involving the SUBJECT ACCOUNT outlined herein since December 19, 2022

1

until the present, including, for the information identified on Attachment A, information pertaining to the following matters:

(a) Included, but not limited to, any and all sexually explicit images of minors;

(b) Evidence indicating how and when the Snapchat account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Snapchat account owner;

(c) Evidence indicating the Snapchat account owner's state of mind as it relates to the crime under investigation;

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

(e) The identity of the person(s) who communicated with the user ID about matters relating to the sexual exploitation of children or involving nude images of children being sent and received via the Internet or other means.

(f) Any and all conversations, contacts, messages, emails, posts and/or chats involving the solicitation or enticement of minors to engage in sexually explicit conduct and/or encouraging minors to produce images or videos of themselves nude or engaging in sexually explicit conduct. Any and all conversations with others, adult or minors, concerning the sexual exploitation of children or the sending and receiving of images of minors, nude, clothed or otherwise.